E-FILING

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-90346 MISC HRL |
| Plaintiff, | [~~PROPOSED~~] ORDER APPOINTING CJA PANEL ATTORNEY FOR TRIAL WITNESS |
| v. | |
| THUZAR TIN YU, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that CJA panel counsel is appointed to represent Thuzar Tin Yu regarding the witness subpoena that she has received for the trial of USA v. Pong Lin Liu, CR 05-00723 JW. The Federal Public Defender is ordered to locate panel counsel for Ms. Yu.

IT IS SO ORDERED.

DATED: 7/18/08

HOWARD R. LLOYD
United States Magistrate Judge

CJA 23 - Submitted

[PROPOSED] ORDER EXONERATING BOND            -1-